UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>APEX DIGITAL, INC., a California corporation,<br><br>　　　　　　Debtor.<br><br>ROSENDO GONZALEZ, Examiner, on behalf of the bankruptcy estate of APEX DIGITAL, INC., Debtor,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVID LONGFEN JI, an individual, ALICE HSU, an individual, ANCLE HSU, an individual, JEAN JI, an individual, ANDREW LASHENSKE, an individual, and RU-YING LIU, an individual,<br><br>　　　　　　Defendants. | Case No.  CV 12-2360-DMG<br><br>[Regarding Chapter 11 Case No. 2:10-bk-44406-PC and Adversary Proceeding 2:11-ap-03207-PC]<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE  [17]** |

1    This Court, having considered the parties' stipulation for dismissal with
2 prejudice, and good cause appearing:
3    IT IS HEREBY ORDERED that this matter, initiated by David Ji, Alice
4 Hsu, and Jean Ji and seeking withdrawal of the bankruptcy reference, is dismissed.
5    IT IS SO ORDERED.

DATED:  April 18, 2013

                                                */s/ Dolly M. Gee*
DOLLY M. GEE
United States District Judge